**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PROFESSIONAL TENNIS PLAYERS
ASSOCIATION and WINNERS
ALLIANCE, INC.,

      Plaintiffs,

      v.

WAJID MIR SYED, a/k/a WAJID MIR,

      Defendant.

Case No. 1:26-cv-7886

**EXHIBIT LIST TO PLAINTIFFS' COMPLAINT**

| Exhibit No. | Description |
|---|---|
| A | Articles of Incorporation of Professional Tennis Players Association (as of January 10th, 2023) |
| B | Constitution and Bylaws of the Professional Tennis Players Association (as of January 10th, 2023) |
| C | Wajid Mir's Winners Alliance, Inc. Employment Offer Letter (executed on December 9th, 2022) |
| D | Wajid Mir's Winners Alliance, Inc. Employee Obligations, Non-Disclosure and Proprietary Information Agreement (executed on December 6th, 2022) |
| E | Declaration/Affidavit of Wajid Mir Syed in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Del. Super. Ct.; executed on June 25th, 2026) |

1