**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PROFESSIONAL TENNIS PLAYERS ASSOCIATION, et. al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 26-cv-07886 |
| WAJID MIR SYED, | ) ) ) | Judge Jeffrey I. Cummings |
| Defendant. | ) ) | |

**ORDER**

On its own motion, the Court changes the time for the 7/10/26 hearing on plaintiffs' motion for a temporary restraining order [8], from 10:00 a.m. to 2:30 p.m. in courtroom 1219. The Court will also permit telephonic access to the hearing and only the following individuals will be allowed to participate in the TRO hearing telephonically: defendant (Wajid Mir Syed) himself; counsel for defendant if counsel has filed an appearance or has sought leave to appear pro hac vice; and counsel for any entities or individuals who have filed a motion seeking leave to intervene if counsel has filed an appearance or sought leave to appear pro hac. The call-in number for the hearing is (888) 684-8852 and the access code is 3997645. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Plaintiffs' counsel is ordered to promptly serve a copy of this order on defendant and any known counsel for defendant by electronic means and plaintiffs' counsel shall file a certificate of service no later than 5:00 p.m. on 7/9/26. Finally, the Court notes that its Courtroom Deputy has received email correspondence from counsel representing certain third-party individuals and responsive email correspondence from plaintiffs' counsel. These email communications will be filed as an entry on the docket and counsel are ordered not to send any further emails relating to the merits of this matter to the Court's Courtroom Deputy.

**DATE: July 8, 2026**

_____
**Jeffrey I. Cummings**
**United States District Court Judge**