## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Professional Tennis Players Association, et al.

Plaintiff,

v.

Case No.:
1:26–cv–07886

Honorable Jeffrey I
Cummings

Wajid Mir Syed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on 7/10/26 on plaintiffs' motion for temporary restraining order and preliminary injunction [8] and the intervenor's motion to intervene [19]. For the reasons stated on the record, the Court grants the intervenor's motion to intervene [19] for the limited purpose of participating in the TRO proceedings. As further stated on the record, the parties agree that defendant Mir will not engage in certain conduct up until the onset of the TRO hearing before the D.C. Superior Court on 7/16/26 and after the TRO hearing concludes while a decision on the TRO is pending. Without objection, plaintiffs' motion for TRO and preliminary injunction [8] is entered and continued. The parties shall file a joint status report on 7/20/26 regarding the outcome of the D.C. Court proceedings. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.