**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PROFESSIONAL TENNIS PLAYERS ASSOCIATION, et. al,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| | ) | **Case No. 26-cv-07886** |
| **v.** | ) ) | |
| | ) | **Judge Jeffrey I. Cummings** |
| **WAJID MIR SYED,** | ) ) | |
| **Defendant.** | ) ) | |

**<u>ORDER</u>**

Motion hearing held on August 6, 2026 on plaintiffs' motion for temporary restraining order and preliminary injunction, (Dckt. #8), and plaintiffs' opposed motions to seal, (Dckt. ##37, 39). For the reasons set forth in detail on the record in open court, the Court orders as follows:

(1) The Court denies defendant's request to stay under the *Colorado River* doctrine pending resolution of the ongoing case in the D.C. Superior Court. *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 818 (1976).

(2) Plaintiffs' motion for leave to file under seal, (Dckt. #37), and its opposed motion to seal defendant's supplemental response, (Dckt. #39), are granted. The Clerk of Court is directed to seal defendant's supplemental response to the motion for temporary restraining order and preliminary injunction and his declaration in support, (Dckt. ##34, 34-6). Counsel for the parties shall then promptly meet and confer in an effort to reach an agreement as to the appropriate redactions in those documents so that a public version of the documents can be filed as soon as possible. The parties shall also review the Court's standing order on protective orders (available on the Court's website) and meet and confer regarding an agreed protective order.

(3) Plaintiffs' motion for temporary restraining order and for preliminary injunction, (Dckt. #8), is denied without prejudice and with leave to renew if defendant fails to comply with the requirements of the Court's order entered on July 22, 2026, (Dckt. #31), and his sworn testimony placed on the record that he intends to do so.

(4) Defendant shall answer or otherwise plead by September 8, 2026. The parties shall exchange Rule 26(a)(1) disclosures by September 22, 2026.

(5) This case is referred to the assigned Magistrate Judge for discovery supervision, supervision and scheduling, the authority to set, adjust, and extend all discovery deadlines, and to conduct a settlement conference, if requested by the parties.

(6)  Tracking status hearing set for October 2, 2026 at 9:00 a.m. (to track the case only, no appearance is required).


**DATE: August 6, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**

2