**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PROFESSIONAL TENNIS PLAYERS ASSOCIATION and WINNERS ALLIANCE, INC., | |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | Case No. 1:26-cv-07886 |
| WAJID MIR SYED, a/k/a WAJID MIR, | Hon. Jeffrey I. Cummings |
| Defendant. | Magistrate Judge Young B. Kim |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT, *INSTANTER***

NOW COMES Defendant, WAJID MIR SYED, by and through his attorneys, KONICEK & DILLON, P.C., and moves this Honorable Court for the entry of an order granting him leave to file his Answer to the Plaintiffs' Complaint, *instanter.*

In support thereof, the Defendant states as follows:

1. Plaintiffs' filed their Complaint on July 7, 2026. (Dkt. 1).

2. Defendant's responsive pleading was due on September 8, 2026.

3. On September 3, 2026, Defendant filed a Motion to Extend requesting a 21-day extension of time until September 29, 2026 due to counsel's recent appearance on behalf of Defendant. (Dkt. 57).

4. That Motion has not yet been ruled on by this Court.

5. Accordingly, the Answer to Plaintiffs' Complaint has been prepared and finalized in advance of the requested extension of time, a copy of which is attached hereto as **Exhibit 1.**

6. This Motion is not intended to unnecessarily delay the progress of this matter, nor will any party be prejudiced by this request.

WHEREFORE, Defendant, WAJID MIR SYED, respectfully requests that this Honorable Court enter an Order granting him leave to file his responsive pleading, *instanter.*

Respectfully submitted,

/s/ Amir R. Tahmassebi
Attorneys for Defendant

Amir R. Tahmassebi, #6287787
Taylor A. McGee, #6349805
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
630.262.9655
amir@konicekdillonlaw.com
taylor@konicekdillonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **September 9, 2026**, I electronically filed the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT, *INSTANTER,*** using this Court's EM/ECF service which will provide copies to all parties/counsel of record registered to receive CM/ECF notification.

/s/ Amir R. Tahmassebi