**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Professional Tennis Players Association, et al.

Plaintiff,

v.

Case No.: 1:26−cv−07886
Honorable Jeffrey I Cummings

Wajid Mir Syed

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for the entry of stipulated ESI protocol [81] is granted. Enter Stipulated Order Regarding Discovery of Electronically Stored Information. In light of this ruling, Plaintiff's motion for entry of an ESI order [73] is denied as moot. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.